AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | ) | |
|---|---|---|
| RONALD FRANCIS and NICOLE HUNTER-FRANCIS | ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 13 CV 1546 (ARR) (JO) |
| City of New York, Brian Christensen, Adam Dumelle, Ronald Stafford, Raymond Williams, et al. | ) ) ) ) | |
| *Defendant(s)* | ) | |

Amended **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   JOHN BALESTRIERE
(Tax No. 939897)
c/o NYPD 106th Precinct
103-53 101st. Street
Ozone Park, NY 11417

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  LEVENTHAL & KLEIN, LLP
  45 Main Street, Suite 230
  Brooklyn, New York 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **OCT 15 2013**

DOUGLAS C. PALMER
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*