# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| RONALD FRANCIS and NICOLE HUNTER-FRANCIS | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 13 CV 1546 (ARR) (JO) |
| City of New York, Brian Christensen, Adam Dumelle, Ronald Stafford, Raymond Williams, et al. | ) ) ) | |
| *Defendant* | ) | |

*Amended* **SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* RAYMOND WILLIAMS
(Shield No. 22154)
c/o NYPD- 79th Precinct
263 Tompkins Avenue
Brooklyn, NY 11216

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LEVENTHAL & KLEIN, LLP
45 Main Street, Suite 230
Brooklyn, New York 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER

CLERK OF COURT

Date: AUG 2 6 2013

*Signature of Clerk or Deputy Clerk*

Civil Action No. 13 CV 1546 (ARR) (JO)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                              *Server's signature*

                                   _____
                                              *Printed name and title*


                                   _____
                                              *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: LEVENTHAL & KLEIN, LLP

RONALD FRANCIS, ETANO

Plaintiff(s)

- against -

Index # 13 CV 1546 (ARR) (JO)

CITY OF NEW YORK, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID GARRIGA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 4, 2013 at 04:52 PM at

C/O 79TH PCT.
263 TOMPKINS AVENUE
BROOKLYN, NY 11216

deponent served the within AMENDED SUMMONS & AMENDED COMPLAINT on RAYMOND WILLIAMS (SHIELD NO. 22154) therein named,

**SUITABLE AGE** by delivering thereat a true copy of each to P.O. SALAS a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 25 | 5'5 | 125 |

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O 79TH PCT.
263 TOMPKINS AVENUE
BROOKLYN, NY 11216

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 7, 2013 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST AND/OR LAST NAMES

**MILITARY SERVICE** Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 7, 2013

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | DAVID GARRIGA |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1415990 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 586460 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2015 | Commission Expires April 11, 2015 | Commission Expires April 3, 2015 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728