UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x

RONALD FRANCIS and NICOLE FRANCIS,

                                   Plaintiffs,

                -against-

THE CITY OF NEW YORK, BRIAN CHRISTENSEN,
ADAM DUMELLE, RONALD STAFFORD, RAYMOND
WILLIAMS, JOHN BALESTRIERE and BRIAN MESCERI,

                                   Defendants.
----------------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL**

13-cv-1546 (ARR) (JO)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Leventhal & Klein, LLP
*Attorneys for Plaintiff*
45 Main Street, Suite 230
Brooklyn, NY 11201
(718)722-4100

By: _____
Brett H. Klein
*Attorney for Plaintiff*

Dated: New York, New York
       Feb 27, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Christensen, Dunielle, Stafford, Williams, Balestriere and Mesceri*
100 Church Street, Rm. 3-126
New York, New York 10007

By: _____
Ben Kuruvilla
*Assistant Corporation Counsel*

SO ORDERED:
                /s/(ARR)
_____
HON. ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE

2